# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN G. HEHNER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 4:17-CV-2682 JCH |
| HOMEGOODS, INC., | ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** plaintiff's motion for leave to proceed in forma pauperis [Doc.#3] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall issue process as to defendant Home Goods, Inc. on its registered agent C.T. Corporation System, 120 South Central Avenue, Clayton, Missouri, 63105.

Dated this   8th   day of November, 2017.


\s\  Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE